UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:12-CV-4-F

| | | |
|---|---|---|
| MARK T. HEIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| NSORO MASTEC, LLC; MASTEC WIRELESS SERVICES, LLC ; MASTEC NORTH AMERICA, INC.; and MASTEC SERVICES COMPANY, INC., | ) ) ) ) | |
|     Defendants. | ) | |

The defendants' Motion to Compel Arbitration and Stay Proceedings [DE-10], to which the plaintiff has no objection, see Response [DE-12], is ALLOWED.

Counsel for the parties are DIRECTED to confer and advise the court in writing on or before **May 1, 2012**, of the status of their dispute resolution efforts.

SO ORDERED.

This the 14th day of March, 2012.

                                         JAMES C. FOX
                                         United States District Judge